**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CASSIO DE OLIVEIRA E SILVA, et al.<br>*Plaintiffs*,<br>v.<br>JOHN THOMPSON, et al.<br>*Defendants.* | **Civil Action No.:**<br>**3:26-cv-11239-ZNQ**<br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In the alternative, if an answer or motion for summary judgment was served before this filing, Plaintiffs move under Rule 41(a)(2) for an order dismissing this action without prejudice. Defendants' November 19, 2026 letter requests dismissal of the action as moot. Plaintiffs likewise seek dismissal, without prejudice and without costs.

**Dated: 11/23/26**

Respectfully Submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiffs*

So Ordered this 24TH day of NOVEMBER, 20 26

[signature]
Hon. Zahid N. Quraishi
United States District Judge